Aaron M. McKown (SBN 208781)
Andrew M. Sussman (SBN 112418)
**McKOWN BAILEY**
620 Newport Center Drive, Suite 690
Newport Beach, CA 92660
Telephone: (949) 858-3200
Email: aaron@mckownbailey.com
andrew@mckownbailey.com

Attorneys for Defendant
RUGS.COM, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual, | Case No.: 2:210cv-03612-JFW-JC |
| Plaintiff, | Honorable John F. Walter |
| vs. | |
| RUGS.COM, LLC, a South Carolina limited liability company; and DOES 1-10, inclusive | **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| Defendants. | |
| | Complaint filed: March 25, 2021 |
| | Complaint served: March 30, 2021 |

DECLARATION OF LEAD TRIAL COUNSEL

## DECLARATION OF AARON M. McKOWN

I, Aaron M. McKown, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am the managing partner at the law firm of McKown Bailey and lead counsel for Defendant RUGS.COM, LLC in the above-captioned action ("Action").

2. I respectfully submit this "Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing" pursuant to and in compliance with Section 3 of this Court's STANDING ORDER". (Dkt.6)

3. I am a registered CM/ECF User for the Central District of California and my e-mail address of record is aaron@mckownbailey.com. Pursuant to Local Rule 5-3.2.3 of this Court, I, along with the other attorneys in my firm, consent to service and receipt of filed documents by electronic means through the CM/ECF System in this Action.

4. I further confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 4th day of May, 2021 at Newport Beach, California.

By: _____
Aaron M. McKown
Attorneys for Defendant
RUGS.COM, LLC